**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SHERI MOSLEY, individually and
on behalf of all others similarly
situated,

      Plaintiff,

v.                                                                       Case No. 3:19-cv-379-J-32JRK

LOZANO INSURANCE
ADJUSTERS, INC., FRANK
LOZANO, LISETTE LOZANO,
ANCHOR INSURANCE
HOLDINGS, INC., and KEVIN
PAWLOWSKI,

      Defendants.

_____

**O R D E R**

      This case comes before the Court on the parties' Joint Motion to Authorize

Notice of Fair Labor Standards Act Settlement to Plaintiffs. (Doc. 118). On June

23, 2020, the assigned United States Magistrate Judge issued a Report and

Recommendation (Doc. 121) recommending that the motion be granted and that

the Court enter an Order similar in form and substance to the parties' Proposed

Order (Doc. 118-3). No party has filed an objection to the Report and

Recommendation, and the time in which to do so has passed. See 28 U.S.C.

§ 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 121), it is hereby

**ORDERED**:

1.     The Report and Recommendation of the Magistrate Judge (Doc. 121) is **ADOPTED** as the opinion of the Court.

2.     The parties' Joint Motion to Authorize Notice of Fair Labor Standards Act Settlement (Doc. 118) is **GRANTED**.

3.     The Court approves of the form and content of the proposed Notice of Fair Labor Standards Act Settlement and Release of Claims (Doc. 118-2) and directs mailing of the Notice by First Class Mail by Class Counsel.

4.     Any Plaintiff who wishes to opt out of this action and thereby be excluded from the settlement must send notice of their desire to opt out to Class Counsel no later than thirty (30) calendar days after Class Counsel mails notice of the settlement to Plaintiffs, in accordance with the Collective Action Settlement Agreement (Doc. 118-1).

5.     The parties' proposed Collective Action Settlement Agreement (Doc. 118-1) is preliminarily approved because the FLSA settlement involves the resolution of a bona fide dispute over an FLSA provision and because the settlement appears fair and reasonable.

**DONE AND ORDERED** in Jacksonville, Florida the 14th day of July, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Honorable James R. Klindt
United States Magistrate Judge

Counsel of record